# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**HARVEY CROSBY**                                                                      **PLAINTIFF**

**V.**                                              **NO. 4:20-CV-17-DMB-JMV**

**LIBERTY MUTUAL GROUP, INC. d/b/a**
**Safeco Insurance Company of Illinois**                                  **DEFENDANT**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 10th day of March, 2020.

                                                               **/s/Debra M. Brown**
                                                                **UNITED STATES DISTRICT JUDGE**